Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0000 2802 21



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone:  304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

SEREDOR CORPORATION
CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301-2699

| | |
|---|---|
| **Control Number:** 25215 | **Agent:** CORPORATION SERVICE COMPANY |
| **Defendant:** SEREDOR CORPORATION 1201 HAYS ST TALLAHASSEE, FL 32301-2699 US | **County:** Raleigh |
| | **Civil Action:** 14-C-526-K |
| | **Certified Number:** 92148901125134100000280221 |
| | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office**.

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**EXHIBIT**
**A**
Blumberg No. 5118

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0000 2802 14

METROPOLITAN HEALTH NETWORKDS, INC.
CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301-2699



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone:  304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

| | |
|---|---|
| **Control Number:** 25214 | **Agent:** CORPORATION SERVICE COMPANY |
| **Defendant:** METROPOLITAN HEALTH NETWORKDS, INC.<br>1201 HAYS ST<br>TALLAHASSEE, FL 32301-2699 US | **County:** Raleigh |
| | **Civil Action:** 14-C-526-K |
| | **Certified Number:** 92148901125134100000280214 |
| | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process  in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact.  Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™



9214 8901 1251 3410 0000 2802 07

HUMANA, INC.
Corporation Service Company
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808-1645

**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
**Phone:** 304-558-6000
866-767-8683
**Visit us online:**
www.wvsos.com

| | |
|---|---|
| **Control Number:** 25213 | **Agent:** Corporation Service Company |
| **Defendant:** HUMANA, INC. | **County:** Raleigh |
| 2711 CENTERVILLE RD STE 400 | **Civil Action:** 14-C-526-K |
| WILMINGTON, DE 19808-1645 US | **Certified Number:** 92148901125134100000280207 |
| | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

## SUMMONS
### IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**EUDORA JEAN COLEMAN,**

        **Plaintiff,**

v.

    Civil Action No.: 14-C-526-K

    Judge:

**SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,**

        **Defendants.**

**To:**    SEREDOR CORPORATION
       c/o Corporation Service Company
       1201 Hays Street
       Tallahassee, FL 32301

       IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Seredor Corporation"** in the above-styled civil action, a true copy

of which is herewith delivered to you.  You are required to serve your answer to the Complaint within thirty

(30) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so,

judgment by default will be taken against you for the relief demanded in the Complaint, and you will be

thereafter barred from asserting in another action any claim you may have which must be asserted by

counterclaim in the above-styled civil action.  The attached discovery requests contain the information about

when and how your responses to those requests may be made.

Dated: 5/23/14

           Paul H. Flanagan

           Clerk of Court

           By:

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

EUDORA JEAN COLEMAN,

               Plaintiff,

v.

                                  Civil Action No.: 14 C 526 - K

                                  Judge:

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

               Defendants.

To:    METROPOLITAN HEALTH NETWORKS, INC
       c/o Corporation Service Company
       1201 Hays Street
       Tallahassee, FL 32301

       IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with "**Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Metropolitan Health Networks, Inc.**" in the above-styled civil

action, a true copy of which is herewith delivered to you.  You are required to serve your answer to the

Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint,

and you will be thereafter barred from asserting in another action any claim you may have which must be

asserted by counterclaim in the above-styled civil action.  The attached discovery requests contain the

information about when and how your responses to those requests may be made.

Dated: 5/23/14

                                Paul N. Flanagan
                                Clerk of Court

                                By

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

**EUDORA JEAN COLEMAN,**

        **Plaintiff,**

v.

        Civil Action No.: 14 C 526-K
        Judge: HLK

**SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,**

        **Defendants.**

To:    HUMANA, INC.
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Humana, Inc."** in the above-styled civil action, a true copy of

which is herewith delivered to you. You are required to serve your answer to the Complaint within thirty

(30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so,

judgment by default will be taken against you for the relief demanded in the Complaint, and you will be

thereafter barred from asserting in another action any claim you may have which must be asserted by

counterclaim in the above-styled civil action. The attached discovery requests contain the information about

when and how your responses to those requests may be made.

Dated: 5/23/14

                   Paul H. Flanagan
                   Clerk of Court

                   By

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES

IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

I.   CASE STYLE:

Plaintiff                                                     Case # 14-C-526-K

EUDORA JEAN COLEMAN                                           Judge HLK

vs.

|                                                    | Days to<br>Answer | Type of Service |
|----------------------------------------------------|---------|-------------------|
| Defendant(s)                                       |         |                   |
| SEREDOR CORPORATION<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | 30 | Secretary of State |
| METROPOLITAN HEALTH NETWORKS, INC.<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | 30 | Secretary of State |
| HUMANA, INC.<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | 30 | Secretary of State |
| MEDBRIDGE HEALTHCARE, LLC, d/b/a<br>SLEEPWORKS<br>National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | 30 | Secretary of State |

Original and  5  copies of Complaint furnished herewith.

CIRCUIT CLERK

2014 MAY 23   AM 11: 13

RECEIVED AND FILED

| PLAINTIFF:  EUDORA JEAN COLEMAN | CASE NUMBER: |
|---|---|
| DEFENDANTS: SEREDOR CORPORATION, METROPOLITAN HEALTH NETWORKS, INC., HUMANA, INC. and MEDBRIDGE HEALTHCARE, LLC, d/b/a SLEEPWORKS | |
| | |

II.     TYPE OF CASE:

| TORTS | OTHER   CIVIL | |
|---|---|---|
| ☐ Asbestos | ☐  Adoption | ☐ Appeal from Magistrate Court |
| ☐ Professional Malpractice | ☐  Contract | ☐ Petition for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐  Real Property | ☐ Miscellaneous Civil |
| ☐ Product Liability | ☐  Mental Health | ■ Other |
| ☐ Other Tort | ☐  Appeal of Administrative Agency | ☐ Fraud and Conversion |

III.     JURY DEMAND:     ■ Yes     ☐ No
CASE WILL BE READY FOR TRIAL BY  *(MONTH/YEAR)*:     04   / 2014

IV.     DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL
ACCOMMODATIONS DUE TO A DISABILITY OR AGE?     ☐ YES     ■ NO
IF YES, PLEASE SPECIFY:
☐ Wheelchair accessible hearing room and other facilities
☐ Interpreter or other auxiliary aid for the hearing impaired
☐ Reader or other auxiliary aid for the visually impaired
☐ Spokesperson or other auxiliary aid for the speech impaired
☐ Other: Unknown at this time

*Attorney Name:*       Stephen B. Farmer (W.Va. State Bar No. 1165)
                       Matthew H. Nelson (W.Va. State Bar No. 10140)
                       George E. Chamberlain, IV (W.Va. State Bar No. 12170)       *Representing:*
*Firm:*         FARMER, CLINE & CAMPBELL, PLLC          ■ *Plaintiff*    ☐*Defendant*
*Address:*      P.O. Box 3842                           ☐ *Cross-Complainant*
                Charleston, WV  25338                   ☐ *Cross-Defendant*
*Telephone:*    (304) 346-5990

*Dated:*   May 21, 2014

*Signature*

## IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

EUDORA JEAN COLEMAN,

          Plaintiff,

v.                                Civil Action No.: 14-C-526-K

                                Judge: HLK

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

          Defendants.

### COMPLAINT

COMES NOW the Plaintiff, Eudora Jean Coleman, by and through her counsel, Stephen

B. Farmer, Matthew H. Nelson, George E. Chamberlain, IV, and Farmer, Cline & Campbell,

PLLC, and hereby states as follows for her complaint:

### PARTIES

1.      Plaintiff, Eudora Jean Coleman, is a resident of Oak Hill, Fayette County, West

Virginia.

2.      Defendant, Seredor Corporation ("Seredor"), is a foreign corporation,

incorporated under the laws of the State of Florida.  Defendant Seredor, conducted business

throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times

material to this action.  Seredor and its subdivisions were formerly divisions of Continucare

Corporation ("Continucare"), a Florida-based health care provider.

3.  Defendant, Metropolitan Health Networks, Inc. ("Metropolitan"), is a foreign corporation, incorporated under the laws of the State of Florida.  Defendant Metropolitan conducted business throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times material to this action.  Seredor and its subdivisions were formerly divisions of Metropolitan.

4.  Defendant, Humana, Inc. ("Humana"), is a foreign corporation, incorporated under the laws of the State of Delaware.  Defendant Humana conducted business throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times material to this action.  Seredor and its subdivisions were formerly divisions of Humana.

5.  Defendant, Medbridge Healthcare, LLC., d/b/a/ SleepWorks ("SleepWorks"), is a foreign corporation, incorporated under the laws of the State of Delaware.  Defendant SleepWorks conducts business throughout West Virginia, including in Beckley, Raleigh County, West Virginia.  Seredor and its subdivisions are currently divisions of SleepWorks.  SleepWorks currently employs Mrs. Coleman.

6.  At all times material to this action, Mrs. Coleman was employed by Defendants as a general manager/marketer on Defendants' Beckley, Raleigh County, West Virginia site.

## JURISDICTION & VENUE

7.  The wrongful acts of Defendants alleged below were committed in Beckley, Raleigh County, West Virginia.  Venue, therefore, is appropriate pursuant to *West Virginia Code* § 56-1-1.

## FACTS

8.  Upon information and belief, Mrs. Coleman was hired by Professional Sleep Diagnostics, a sleep medicine and research related company in 1998.

2

9.     Upon information and belief, in or around 2009, Continucare purchased Professional Sleep Diagnostics.

10.     In or around June 2011, Continucare and its various divisions (including Seredor) were sold to Metropolitan.  As a result of the sale of Continucare to Metropolitan, Metropolitan began efforts to sell Seredor and its various subdivisions.  During a conference call in December 2011 between the parties that make up Seredor and Michael Earley, CEO of Metropolitan, a separate and distinct agreement was discussed to retain all managers of Seredor's subdivisions, pending the sale of Seredor.  The purpose of the proposed agreement was to propagate and maintain sales price of Seredor and its subdivision up until the time of sale.

11.     During a subsequent conference call in January 2012, Mr. Earley stated that a "bonus pool" would be created, based upon the eventual selling price of Seredor and its subdivisions, to reward those managers who stayed on during the sale of Seredor (the "Agreement").

12.     The Agreement was later finalized and confirmed in a conference call on March 5, 2012, with the managers of Seredor and its subdivisions.  Although a 10% "bonus pool" was discussed during the conference calls, an email dated March 6, 2012, was sent by Gemma Rosello, the CEO of Continucare, to the conference call participants stating that the "bonus pool" would be set at 5% of the eventual selling price of Seredor and its subdivisions.  Ms. Rosello's email also stated that the individuals eligible to equally participate in the "bonus pool" were Mrs. Coleman, Jon Swegarden, John Lund, Ofelia Burgos, Dave Weiler, Pete Rusch, Joe Sollecito, and Kelly Horton.

13.     In reliance on the promises made by Defendants in the Agreement, Mrs. Coleman remained on with Defendants pending the sale of Seredor and its subdivisions.

14.     In or around December 2012, Metropolitan sold Seredor and its subdivisions to various entities, including but not limited to Humana, triggering application of the Agreement. Mrs. Coleman's wages from her share of the Seredor selling price, pursuant to the Agreement, are believed to be in excess of $40,000.00.

15.     Upon information and belief, in or around September 2013, SleepWorks purchased Seredor and its subdivisions from Humana.

16.     Despite multiple demands by Mrs. Coleman, Seredor, Metropolitan, Humana, and SleepWorks have refused and/or failed to satisfy the payment obligations to Mrs. Coleman under the Agreement.

17.     Since December 2012, Defendants have, on multiple occasions, attempted to renegotiate the Agreement without new consideration.   During Defendants' repeated renegotiation attempts, Defendants pressured Mrs. Coleman to accept an amount in wages significantly lower than the wages she is owed pursuant to the Agreement.

18.     To date, Mrs. Coleman has not received her final wages in full.

## COUNT I

**Violation of West Virginia Wage Payment and Collection Act, regarding payment of Plaintiff's final wages (W.Va. Code 25-5-1, *et seq.*)**

19.     Plaintiff incorporates the allegations in all preceding paragraphs by reference and as if alleged fully herein.

20.     W. Va. Code Ann. § 21-5-3(a) of the West Virginia Wage Payment and Collection Act requires that, "Every person, firm or corporation doing business in this state..., shall settle with its employees at least once in every two weeks, unless otherwise provided by

4

special agreement, and pay them the wages due, less authorized deductions and authorized wage assignments, for their work or services."

21.     In or around December 2012, Metropolitan sold Seredor and its subdivisions to various entities, triggering application of the Agreement, and creating a direct obligation for Defendants to pay Mrs. Coleman wages from her share of the Seredor selling price, pursuant to the Agreement.

22.     To date, Plaintiff has not received her wages due.

23.     As a result of Defendants' failure to pay Plaintiff's wages in full, pursuant to the provisions of West Virginia Code 21-5-4(e), Defendants are liable to Plaintiff for three times the unpaid amount as liquidated damages.

24.     Defendants' actions were intentional, malicious, and in reckless disregard for Plaintiff's protected rights.

25.     As a direct result of the aforementioned unlawful actions, Plaintiff has suffered loss of pay, physical distress and pain, emotional distress and pain, suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses.

26.     Plaintiff has also incurred, and will continue to incur, attorney's fees and costs in prosecuting this action.

## COUNT II

### Intentional Infliction of Emotional Distress

27.     Plaintiff incorporates the preceding paragraphs of this Complaint, as if fully restated below.

28.     The actions of Defendants as alleged above, including and surrounding Defendants' failure to pay Plaintiff's wages, and Defendants' repeated attempts to renegotiate

5

the terms of the Agreement, without new consideration, were so extreme and outrageous as to be intolerable in a civilized society.

29.     Defendants' conduct was intentional, and was designed to inflict severe emotional distress upon Plaintiff.

30.     Defendants acted recklessly when it was certain, or substantially certain, that emotional distress would result from their conduct.

31.     Defendants' actions caused Plaintiff to suffer severe emotional distress.

32.     Defendants' actions were beyond what could reasonably be expected to be endured by an ordinary person.

33.     Defendants lacked any legitimate and non-discriminatory business justification or reason for any of the adverse actions set forth in the preceding paragraphs of this Complaint. Any non-discriminatory justifications set forth by Defendants, either at the time the adverse actions were taken or in their Answer to this Complaint, are pretextual and/or fabricated.

**WHEREFORE,** Plaintiff, Eudora Jean Coleman, respectfully requests the Court grant the following relief, jointly and severally:

A.     Judgment for a sum of money equal to all back-pay and benefits owing to Plaintiff since the date of injury;

B.     Compensatory Damages;

C.     Punitive Damages;

D.     Attorney's fees and costs, as well as all court costs and expenses and any other damage or expense or fee allowed by law;

E.     Reinstatement or front-pay; and

F.     Such other and further relief as this Court deems proper.

6

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**EUDORA JEAN COLEMAN,**

**Plaintiff,**

**By counsel:**

Stephen B. Farmer (W.Va. State Bar No. 1165)
Matthew H. Nelson (W.Va. State Bar No. 10140)
George E. Chamberlain, IV (W.Va. State Bar No. 12170)
FARMER, CLINE & CAMPBELL, PLLC
453 Suncrest Towne Centre Drive, Suite 300
Morgantown, West Virginia 26505
(304) 225-5990

7

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH SS:

     I, PAUL H. FLANAGAN, Clerk of the Circuit Court of Raleigh County do hereby   certify that the foregoing is a true and correct copy from the records of my office as the same exists therein.

     IN TESTIMONY WHEREOF, I hereunto place my hand and affix the official seal of this Court, at Beckley this the _____1st_____ day of __July__ . 20 _14_ .

*Paul H. Flanagan*

Clerk

**EXHIBIT**

**B**

EUDORA COLEMAN                    VS. SEREDOR CORPORATION

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 05/23/14 | CASE FILED-ISSUED SUMMONS AND COMPLAINT AND RETURNED TO ATTY FOR |
| 2 | | SERV. CNS (BLS) |
| 3 | 06/12/14 | REC ACCEPTANCE FROM SEC OF STATE ON BEHALF OF MEDBRIDGE |
| 4 | | HEALTHCARE LLC. MBS |
| 5 | 06/12/14 | REC ACCEPTANCE FROM SEC OF STATE ON BEHALF OF HUMANA INC. MBS |
| 6 | 06/12/14 | REC ACCEPTANCE FROM SEC OF STATE ON BEHALF OF METROPOLITAN |
| 7 | | HEALTH NETWORKS INC. MBS |
| 8 | 06/12/14 | REC ACCEPTANCE FROM SEC OF STATE ON BEHALF OF SEREDOR CORP. |
| 9 | | MBS/JED |
| 10 | 06/16/14 | REC RET OF SERV OF PROCESS "ACCEPTED" BY SECY OF STATE ON BEHALF |
| 11 | | OF HUMANA, INC. ON 6-13-14.  MEM                    (CC) |
| 12 | 06/25/14 | REC RET OF SERV. ACCEPTED BY VON SMITH ON BEHALF OF SEREDOR |
| 13 | | CORPORATION ON 6/17/14.  (SW)                    (JED) |
| 14 | 06/25/14 | REC RET OF SERV ACCEPTED ON BEHALF OF MEDBRIDGE HEALTHCARE, LLC |
| 15 | | 06/16/14.  GH/JED |
| 16 | 06/25/14 | REC RET OF SERV ACCEPTED ON BEHALF OF  METROPOLITAN HEALTH |
| 17 | | NETWORKDS, INC ; 06/17/14.  GH/JED |

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES

IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

I.    CASE STYLE:

Plaintiff

EUDORA JEAN COLEMAN

Case # 14-C·526-K

Judge HLK

vs.

Defendant(s)

| | Days to Answer | Type of Service |
|---|---|---|
| SEREDOR CORPORATION<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | 30 | Secretary of State |
| METROPOLITAN HEALTH NETWORKS, INC.<br>Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | 30 | Secretary of State |
| HUMANA, INC.<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | 30 | Secretary of State |
| MEDBRIDGE HEALTHCARE, LLC, d/b/a<br>SLEEPWORKS<br>National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | 30 | Secretary of State |

CIRCUIT CLERK

2014 MAY 23  AM 11: 13

RECEIVED AND FILED

Original and _5_ copies of Complaint furnished herewith.



EXHIBIT
C

Blumberg No. 5118

| PLAINTIFF:  EUDORA JEAN COLEMAN | CASE NUMBER: |
|---|---|
| DEFENDANTS: SEREDOR CORPORATION, METROPOLITAN HEALTH NETWORKS, INC., HUMANA, INC. and MEDBRIDGE HEALTHCARE, LLC, d/b/a SLEEPWORKS | |

II.     TYPE OF CASE:

| TORTS | OTHER   CIVIL | |
|---|---|---|
| ☐ Asbestos | ☐  Adoption | ☐  Appeal from Magistrate Court |
| ☐ Professional Malpractice | ☐  Contract | ☐  Petition for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐  Real Property | ☐  Miscellaneous Civil |
| ☐ Product Liability | ☐  Mental Health | ■  Other |
| ☐ Other Tort | ☐  Appeal of Administrative Agency | ☐  Fraud and Conversion |

III.     JURY DEMAND:     ■ Yes     ☐ No
         CASE WILL BE READY FOR TRIAL BY *(MONTH/YEAR):*     04   / 2014

IV.     DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL
        ACCOMMODATIONS DUE TO A DISABILITY OR AGE?     ☐ YES     ■ NO
        IF YES, PLEASE SPECIFY:
        ☐ Wheelchair accessible hearing room and other facilities
        ☐ Interpreter or other auxiliary aid for the hearing impaired
        ☐ Reader or other auxiliary aid for the visually impaired
        ☐ Spokesperson or other auxiliary aid for the speech impaired
        ☐ Other: Unknown at this time

| *Attorney Name:* | Stephen B. Farmer (W.Va. State Bar No. 1165) Matthew H. Nelson (W.Va. State Bar No. 10140) George E. Chamberlain, IV (W.Va. State Bar No. 12170) | *Representing:* |
|---|---|---|
| *Firm:* | FARMER, CLINE & CAMPBELL, PLLC | ■ *Plaintiff*  ☐ *Defendant* |
| *Address:* | P.O. Box 3842 | ☐ *Cross-Complainant* |
| | Charleston, WV  25338 | ☐ *Cross-Defendant* |
| *Telephone:* | (304) 346-5990 | |

*Dated:*   May 21, 2014

*Signature*

# IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**EUDORA JEAN COLEMAN,**

        **Plaintiff,**

v.

                                  Civil Action No.: 14-C-526-K

                                  Judge: HLK

**SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,**

        **Defendants.**

## COMPLAINT

COMES NOW the Plaintiff, Eudora Jean Coleman, by and through her counsel, Stephen B. Farmer, Matthew H. Nelson, George E. Chamberlain, IV, and Farmer, Cline & Campbell, PLLC, and hereby states as follows for her complaint:

## PARTIES

1.    Plaintiff, Eudora Jean Coleman, is a resident of Oak Hill, Fayette County, West Virginia.

2.    Defendant, Seredor Corporation ("Seredor"), is a foreign corporation, incorporated under the laws of the State of Florida. Defendant Seredor, conducted business throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times material to this action. Seredor and its subdivisions were formerly divisions of Continucare Corporation ("Continucare"), a Florida-based health care provider.

3.      Defendant, Metropolitan Health Networks, Inc. ("Metropolitan"), is a foreign corporation, incorporated under the laws of the State of Florida.  Defendant Metropolitan conducted business throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times material to this action.  Seredor and its subdivisions were formerly divisions of Metropolitan.

4.      Defendant, Humana, Inc. ("Humana"), is a foreign corporation, incorporated under the laws of the State of Delaware.  Defendant Humana conducted business throughout West Virginia, including in Beckley, Raleigh County, West Virginia, at all times material to this action.  Seredor and its subdivisions were formerly divisions of Humana.

5.      Defendant, Medbridge Healthcare, LLC., d/b/a/ SleepWorks ("SleepWorks"), is a foreign corporation, incorporated under the laws of the State of Delaware.  Defendant SleepWorks conducts business throughout West Virginia, including in Beckley, Raleigh County, West Virginia.  Seredor and its subdivisions are currently divisions of SleepWorks.  SleepWorks currently employs Mrs. Coleman.

6.      At all times material to this action, Mrs. Coleman was employed by Defendants as a general manager/marketer on Defendants' Beckley, Raleigh County, West Virginia site.

## JURISDICTION & VENUE

7.      The wrongful acts of Defendants alleged below were committed in Beckley, Raleigh County, West Virginia.  Venue, therefore, is appropriate pursuant to *West Virginia Code* § 56-1-1.

## FACTS

8.      Upon information and belief, Mrs. Coleman was hired by Professional Sleep Diagnostics, a sleep medicine and research related company in 1998.

2

9.     Upon information and belief, in or around 2009, Continucare purchased Professional Sleep Diagnostics.

10.     In or around June 2011, Continucare and its various divisions (including Seredor) were sold to Metropolitan.  As a result of the sale of Continucare to Metropolitan, Metropolitan began efforts to sell Seredor and its various subdivisions.  During a conference call in December 2011 between the parties that make up Seredor and Michael Earley, CEO of Metropolitan, a separate and distinct agreement was discussed to retain all managers of Seredor's subdivisions, pending the sale of Seredor.  The purpose of the proposed agreement was to propagate and maintain sales price of Seredor and its subdivision up until the time of sale.

11.     During a subsequent conference call in January 2012, Mr. Earley stated that a "bonus pool" would be created, based upon the eventual selling price of Seredor and its subdivisions, to reward those managers who stayed on during the sale of Seredor (the "Agreement").

12.     The Agreement was later finalized and confirmed in a conference call on March 5, 2012, with the managers of Seredor and its subdivisions.  Although a 10% "bonus pool" was discussed during the conference calls, an email dated March 6, 2012, was sent by Gemma Rosello, the CEO of Continucare, to the conference call participants stating that the "bonus pool" would be set at 5% of the eventual selling price of Seredor and its subdivisions.  Ms. Rosello's email also stated that the individuals eligible to equally participate in the "bonus pool" were Mrs. Coleman, Jon Swegarden, John Lund, Ofelia Burgos, Dave Weiler, Pete Rusch, Joe Sollecito, and Kelly Horton.

13.     In reliance on the promises made by Defendants in the Agreement, Mrs. Coleman remained on with Defendants pending the sale of Seredor and its subdivisions.

3

14.     In or around December 2012, Metropolitan sold Seredor and its subdivisions to various entities, including but not limited to Humana, triggering application of the Agreement. Mrs. Coleman's wages from her share of the Seredor selling price, pursuant to the Agreement, are believed to be in excess of $40,000.00.

15.     Upon information and belief, in or around September 2013, SleepWorks purchased Seredor and its subdivisions from Humana.

16.     Despite multiple demands by Mrs. Coleman, Seredor, Metropolitan, Humana, and SleepWorks have refused and/or failed to satisfy the payment obligations to Mrs. Coleman under the Agreement.

17.     Since December 2012, Defendants have, on multiple occasions, attempted to renegotiate the Agreement without new consideration.     During Defendants' repeated renegotiation attempts, Defendants pressured Mrs. Coleman to accept an amount in wages significantly lower than the wages she is owed pursuant to the Agreement.

18.     To date, Mrs. Coleman has not received her final wages in full.

## COUNT I

**Violation of West Virginia Wage Payment and Collection Act, regarding payment of Plaintiff's final wages (W.Va. Code 25-5-1, *et seq.*)**

19.     Plaintiff incorporates the allegations in all preceding paragraphs by reference and as if alleged fully herein.

20.     W. Va. Code Ann. § 21-5-3(a) of the West Virginia Wage Payment and Collection Act requires that, "Every person, firm or corporation doing business in this state..., shall settle with its employees at least once in every two weeks, unless otherwise provided by

4

special agreement, and pay them the wages due, less authorized deductions and authorized wage assignments, for their work or services."

21.     In or around December 2012, Metropolitan sold Seredor and its subdivisions to various entities, triggering application of the Agreement, and creating a direct obligation for Defendants to pay Mrs. Coleman wages from her share of the Seredor selling price, pursuant to the Agreement.

22.     To date, Plaintiff has not received her wages due.

23.     As a result of Defendants' failure to pay Plaintiff's wages in full, pursuant to the provisions of West Virginia Code 21-5-4(e), Defendants are liable to Plaintiff for three times the unpaid amount as liquidated damages.

24.     Defendants' actions were intentional, malicious, and in reckless disregard for Plaintiff's protected rights.

25.     As a direct result of the aforementioned unlawful actions, Plaintiff has suffered loss of pay, physical distress and pain, emotional distress and pain, suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses.

26.     Plaintiff has also incurred, and will continue to incur, attorney's fees and costs in prosecuting this action.

## COUNT II

### Intentional Infliction of Emotional Distress

27.     Plaintiff incorporates the preceding paragraphs of this Complaint, as if fully restated below.

28.     The actions of Defendants as alleged above, including and surrounding Defendants' failure to pay Plaintiff's wages, and Defendants' repeated attempts to renegotiate

5

the terms of the Agreement, without new consideration, were so extreme and outrageous as to be intolerable in a civilized society.

29.    Defendants' conduct was intentional, and was designed to inflict severe emotional distress upon Plaintiff.

30.    Defendants acted recklessly when it was certain, or substantially certain, that emotional distress would result from their conduct.

31.    Defendants' actions caused Plaintiff to suffer severe emotional distress.

32.    Defendants' actions were beyond what could reasonably be expected to be endured by an ordinary person.

33.    Defendants lacked any legitimate and non-discriminatory business justification or reason for any of the adverse actions set forth in the preceding paragraphs of this Complaint. Any non-discriminatory justifications set forth by Defendants, either at the time the adverse actions were taken or in their Answer to this Complaint, are pretextual and/or fabricated.

**WHEREFORE,** Plaintiff, Eudora Jean Coleman, respectfully requests the Court grant the following relief, jointly and severally:

A.    Judgment for a sum of money equal to all back-pay and benefits owing to Plaintiff since the date of injury;

B.    Compensatory Damages;

C.    Punitive Damages;

D.    Attorney's fees and costs, as well as all court costs and expenses and any other damage or expense or fee allowed by law;

E.    Reinstatement or front-pay; and

F.    Such other and further relief as this Court deems proper.

6

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**EUDORA JEAN COLEMAN,**

**Plaintiff,**

**By counsel:**


Stephen B. Farmer (W.Va. State Bar No. 1165)
Matthew H. Nelson (W.Va. State Bar No. 10140)
George E. Chamberlain, IV (W.Va. State Bar No. 12170)
FARMER, CLINE & CAMPBELL, PLLC
453 Suncrest Towne Centre Drive, Suite 300
Morgantown, West Virginia 26505
(304) 225-5990

7

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

RECEIVED AND FILED

2014 JUN 11   AM 9: 17

CIRCUIT CLERK



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
**Phone:** 304-558-6000
866-767-8683
**Visit us online:**
www.wvsos.com

Paul H Flanagan
Raleigh County Courthouse
215 Main Street
Beckley, WV 25801-4688

| | |
|---|---|
| **Control Number:** 25215 | **Agent:** CORPORATION SERVICE COMPANY |
| **Defendant:** SEREDOR CORPORATION<br>1201 HAYS ST<br>TALLAHASSEE, FL 32301-2699 US | **County:** Raleigh |
| | **Civil Action:** 14-C-526-K |
| | **Certified Number:** 92148901125134100000280221 |
| | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

**EUDORA JEAN COLEMAN,**

               **Plaintiff,**

**v.**

Civil Action No.: 14·C·526·K

Judge: HLK

**SEREDOR CORPORATION, a foreign corporation conducting business in West Virginia; METROPOLITAN HEALTH NETWORKS, INC., a foreign corporation conducting business in West Virginia; HUMANA, INC., a foreign corporation conducting business in West Virginia; and MEDBRIDGE HEALTHCARE, LLC., d/b/a SLEEPWORKS, a foreign corporation conducting business in West Virginia,**

               **Defendants.**

To:   SEREDOR CORPORATION
       c/o Corporation Service Company
       1201 Hays Street
       Tallahassee, FL 32301

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite 300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Seredor Corporation"** in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer to the Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint, and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action. The attached discovery requests contain the information about when and how your responses to those requests may be made.

Dated: _5/23/14_

                       Paul H. Flanagan
                       Clerk of Court

                       By: _____

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

RECEIVED AND FILED

2014 JUN 11  AM 9: 17

CIRCUIT CLERK

**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
**Visit us online:**
www.wvsos.com

Paul H Flanagan
Raleigh County Courthouse
215 Main Street
Beckley, WV 25801-4688

| | |
|---|---|
| **Control Number:** 25214 | **Agent:** CORPORATION SERVICE COMPANY |
| **Defendant:** METROPOLITAN HEALTH NETWORKDS, INC. 1201 HAYS ST TALLAHASSEE, FL 32301-2699 US | **County:** Raleigh |
| | **Civil Action:** 14-C-526-K |
| | **Certified Number:** 92148901125134100000280214 |
| | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

EUDORA JEAN COLEMAN,

     **Plaintiff,**

v.            Civil Action No.: 14 C 526 - K
               Judge:

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

     **Defendants.**

To: METROPOLITAN HEALTH NETWORKS, INC
  c/o Corporation Service Company
  1201 Hays Street
  Tallahassee, FL 32301

  IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Metropolitan Health Networks, Inc."** in the above-styled civil

action, a true copy of which is herewith delivered to you.  You are required to serve your answer to the

Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint,

and you will be thereafter barred from asserting in another action any claim you may have which must be

asserted by counterclaim in the above-styled civil action.  The attached discovery requests contain the

information about when and how your responses to those requests may be made.

Dated: 5/23/14

          Paul H. Flanagan
          Clerk of Court

          By

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

RECEIVED AND FILED

2014 JUN 11 AM 9: 16

CIRCUIT CLERK



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
**Phone:** 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Paul H Flanagan
Raleigh County Courthouse
215 Main Street
Beckley, WV 25801-4688

| | | | |
|---|---|---|---|
| **Control Number:** 25213 | | **Agent:** Corporation Service Company |
| **Defendant:** HUMANA, INC. | | **County:** Raleigh |
| 2711 CENTERVILLE RD STE 400 | | **Civil Action:** 14-C-526-K |
| WILMINGTON, DE 19808-1645 US | | **Certified Number:** 92148901125134100000280207 |
| | | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

EUDORA JEAN COLEMAN,

        Plaintiff,

v.

                                      Civil Action No.: 14·C·526·K

                                      Judge: HLK

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

        Defendants.

To:   HUMANA, INC.
      c/o Corporation Service Company
      2711 Centerville Road, Suite 400
      Wilmington, DE 19808

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with "**Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Humana, Inc.**" in the above-styled civil action, a true copy of

which is herewith delivered to you.  You are required to serve your answer to the Complaint within thirty

(30) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so,

judgment by default will be taken against you for the relief demanded in the Complaint, and you will be

thereafter barred from asserting in another action any claim you may have which must be asserted by

counterclaim in the above-styled civil action. The attached discovery requests contain the information about

when and how your responses to those requests may be made.

Dated: 5/23/14

                                Paul H. Flanagan

                                Clerk of Court

                                By:

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

RECEIVED AND FILED

2014 JUN 11 AM 9: 16

CIRCUIT CLERK



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
**Phone:** 304-558-6000
866-767-8683
**Visit us online:**
**www.wvsos.com**

Paul H Flanagan
Raleigh County Courthouse
215 Main Street
Beckley, WV 25801-4688

| | |
|---|---|
| **Control Number:** 25212 | **Agent:** NATIONAL REGISTERED AGENTS |
| **Defendant:** MEDBRIDGE HEALTHCARE, LLC | **County:** Raleigh |
| STE 101 | **Civil Action:** 14-C-526-K |
| 160 GREENTREE DR | **Certified Number:** 92148901125134100000280191 |
| DOVER, DE 19904-7620 US | **Service Date:** 6/9/2014 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**SUMMONS**
**IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA**

EUDORA JEAN COLEMAN,

        Plaintiff,

v.                                Civil Action No.: 14-C-526-K

                                Judge: HIK

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

        Defendants.

To:  MEDBRIDGE HEALTHCARE, LLC, d/b/a SLEEPWORKS
     c/o National Registered Agents, Inc.
     160 Greentree Drive, Suite 101
     Dover, DE 19904

     IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505,** an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Medbridge Healthcare, LLC, d/b/a Sleepworks"** in the above-

styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer

to the Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of

service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

Complaint, and you will be thereafter barred from asserting in another action any claim you may have which

must be asserted by counterclaim in the above-styled civil action. The attached discovery requests contain

the information about when and how your responses to those requests may be made.

Dated: 5/23/14

                            Paul N. Flanagan

                            Clerk of Court

                            By:

## SUMMONS
## IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**EUDORA JEAN COLEMAN,**

        **Plaintiff,**

**v.**

                                 Civil Action No.: 14-C-526-K

                                 Judge: HLK

**SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, LLC, d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,**

        **Defendants.**

**To:**   MEDBRIDGE HEALTHCARE, LLC, d/b/a SLEEPWORKS
       c/o National Registered Agents, Inc.
       160 Greentree Drive, Suite 101
       Dover, DE 19904

     IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required

to serve upon **Matthew H. Nelson**, Plaintiff's attorney, whose address is **453 Suncrest Towne Centre, Suite**

**300, Morgantown, West Virginia 26505**, an answer, including any related counterclaim you may have, to

the **Complaint** filed against you, along with **"Plaintiff's First Set of Interrogatories and Requests for**

**Production of Documents to Defendant Medbridge Healthcare, LLC, d/b/a Sleepworks"** in the above-

styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer

to the Complaint within thirty (30) days after service of this summons upon you, exclusive of the day of

service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the

Complaint, and you will be thereafter barred from asserting in another action any claim you may have which

must be asserted by counterclaim in the above-styled civil action.  The attached discovery requests contain

the information about when and how your responses to those requests may be made.

Dated: 5/23/14

                                 Paul N. Flanagan
                                 Clerk of Court

                                 By:

| | |
|---|---|
| Civil Action Number | 14-C-526-K |
| Package Identification Code | 9214890112513410000280221 |
| Signature Downloaded | 6/23/2014 6:06:06 AM |
| Defendant Name | SEREDOR CORPORATION |



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 06/23/2014

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0000 2802 21. Our records indicate that this item was delivered on 06/17/2014 at 09:49 a.m. in TALLAHASSEE, FL 32315. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 28022

Civil Action Number          14-C-526-K
Package Identification Code  921489011251341000000280214
Signature Downloaded         6/23/2014 6:06:06 AM
Defendant Name               METROPOLITAN HEALTH NETWORKDS, INC.


**UNITED STATES POSTAL SERVICE.**

Date Produced: 06/23/2014

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901
1251 3410 0000 2802 14. Our records indicate that this item was delivered on
06/17/2014 at 09:49 a.m. in TALLAHASSEE, FL 32315. The scanned image of the
recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 28021

| Civil Action Number | 14-C-526-K |
|---|---|
| Package Identification Code | 9214890112513410000028 0207 |
| Signature Downloaded | 6/16/2014 6:04:37 AM |
| Defendant Name | HUMANA, INC. |



**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 06/16/2014

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0000 2802 07. Our records indicate that this item was delivered on 06/13/2014 at 09:03 a.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 28020

| | |
|---|---|
| Civil Action Number | 14-C-526-K |
| Package Identification Code | 92148901125134100000280191 |
| Signature Downloaded | 6/23/2014 6:06:06 AM |
| Defendant Name | MEDBRIDGE HEALTHCARE, LLC |

 **UNITED STATES POSTAL SERVICE.**

Date Produced: 06/23/2014

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0000 2801 91. Our records indicate that this item was delivered on 06/16/2014 at 10:27 a.m. in DOVER, DE 19904. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 28019

## AFFIDAVIT OF JOAN O. LENAHAN

COMMONWEALTH OF KENTUCKY;

COUNTY OF JEFFERSON, to wit:

Before me, the undersigned authority, this day personally appeared Joan O. Lenahan, who after being duly sworn on her oath deposes and says:

1.    My name is Joan O. Lenahan, and I am currently Vice President and Corporate Secretary for Humana Inc. ("Humana"), Seredor Corporation ('Seredor) and Metropolitan Health Networks, Inc. ("Metropolitan").  As such, I have first-hand knowledge of the matters set forth in this Affidavit.

2.    Seredor is a Florida corporation with its principal place of business in Miami, Florida.

3.    Metropolitan is a Florida corporation with its principal place of business in Boca Raton, Florida.

4.    Humana is a Delaware corporation with its principal place of business in Louisville, Kentucky.

AND FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
JOAN O. LENAHAN

Taken, subscribed and sworn to before me this _6_ day of _July_, 2014.

My commission expires: ___January 23, 2016___.

_____
Notary Public

**Kara J. Vogelsang; Notary Public**
**State At Large**
**Kentucky**
**My Commission Expires January 23, 2016**



EXHIBIT

D

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

EUDORA JEAN COLEMAN,

        Plaintiff,

v.                               Civil Action No. _____
                                     (Formerly Raleigh County Circuit Court, Civil Action No. 14-C-526-K)

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, INC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

        Defendants.

<u>AFFIDAVIT</u>

STATE OF GEORGIA,

COUNTY OF DEKALB, To-Wit:

    1.     My name is Barbara H. Lebow, Esq. I am employed as the General Counsel, and am a designated representative for MedBridge Healthcare LLC.  I have personal knowledge of the matters contained herein and am satisfied that this affidavit is true and correct.  I am authorized by MedBridge Healthcare LLC to submit this affidavit.

    2.     MedBridge Healthcare LLC is wholly owned by MedBridge Acquisition Corp., MedBridge Acquisition Corp. is incorporated in Delaware with its principal office in Greenville, South Carolina.

    And further the Affiant saith not.

                                    _____
                                    Barbara H. Lebow, Esq.

    Taken, subscribed and sworn to before me this ___7ᵗʰ___ day of July, 2014.

    My commission expires ____05/13/2016____.

                                    _____
{seal}                           Notary Public

EXHIBIT
E

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

EUDORA JEAN COLEMAN,

      Plaintiff,

v.                                            Civil Action No. _____

SEREDOR CORPORATION, a foreign
corporation conducting business in West Virginia;
METROPOLITAN HEALTH NETWORKS, INC.,
a foreign corporation conducting business in West
Virginia; HUMANA, INC., a foreign corporation
conducting business in West Virginia; and
MEDBRIDGE HEALTHCARE, INC., d/b/a
SLEEPWORKS, a foreign corporation conducting
business in West Virginia,

      Defendants.

## CONSENT TO REMOVAL

    MedBridge Healthcare LLC[1] hereby expressly consents to the removal of this case from

the Circuit Court of Raleigh County, West Virginia, (Civil Action No. 14-C-526-K), to the

United States District Court for the Southern District of West Virginia, at Beckley, pursuant to

the Notice of Removal filed by defendants Seredor Corporation, Metropolitan Health Networks,

Inc., and Humana, Inc. on July 8, 2014.

                        **MEDBRIDGE HEALTHCARE LLC**

                        **By: Spilman Thomas & Battle, PLLC**

                        Richard M. Wallace (WV State Bar # 9980)
                        Kate Sturdivant Gibson (WV State Bar #11628)
                        300 Kanawha Boulevard, East (Zip 25301)
                        P.O. Box 273
                        Charleston, WV  25321-0273
                        304-340-3800

---

[1] MedBridge Healthcare LLC was incorrectly identified as MedBridge Healthcare, Inc. in Plaintiff's Complaint.

